(Reap. Dec. 10004)

B & D SALES CO., INC. v. UNITED STATES

Entry Nos. 95402; 100214; 106088.

(Decided May 24, 1961)

*Barnes, Richardson & Colburn* for the plaintiff.
*William H. Orrick, Jr.*, Assistant Attorney General, for the defendant.

LAWRENCE, Judge: When the appeals for a reappraisement enumerated in the schedule attached to and made a part of this decision were called for hearing, no evidence was offered on behalf of plaintiff and the court *sua sponte* ordered the cases submitted on the record consisting of the official papers.

A review thereof discloses nothing which would tend in any way to overcome the presumption of correctness which attaches to the decision of the appraiser. I find and hold, therefore, that the proper values of the merchandise the subject of said appeals are the values returned by the appraiser.

Judgment will be entered accordingly.